[No. 33670-7-II. Division Two. January 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL EDWARD BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-02269-3, Chris Wickham, J., entered August 9, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33920-0-II. Division Two. January 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD ROBERT JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-01639-0, Thomas Felnagle, J., entered October 7, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 33926-9-II. Division Two. January 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES D. LEGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00322-9, Kathryn J. Nelson, J., entered October 5, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Van Deren, J.; Quinn-Brintnall, J., dissenting in part.

[No. 33930-7-II. Division Two. January 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MILO SHAWN THORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-01435-6, Wm. Thomas McPhee, J., entered August 25, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Penoyar, JJ.